IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-03162-JLK**

**DAVID VERNICK**,

        Plaintiff,

v.

**MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,**

        Defendant.

## ORDER re ATTORNEY FEES

Kane, J.

Consistent with the Court's Order on Attorney Fees in a similar Fair Debt Collection Practices Act case, *see* 1/30/12 Order (Doc. 11) in Feder v. Midland Credit Management, Inc., Civil Action No. 11-cv-2872-JLK, reasonable attorney fees are awarded in the instant case for 8 hours at a rate of $250 per hour. This award reflects a reduction of two (2) attorney hours for time spent performing purely administrative tasks such as e-filing, converting file formats, and downloading electronic notices and files from the court, and for time deemed excessive related to the recovery of attorney fees. I note that out of a total of 10 hours billed to his client for the $1001 recovery in this case, 1.9 of those hours related to attorney fees.

Accordingly, a reasonable fee of 8 x $250, or $2,000, shall be added to the current Judgment of $1001, plus costs.

Dated: February 8, 2012                              **s/John L. Kane**
                                                                    SENIOR U.S. DISTRICT JUDGE